UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ROYAL POTCAKE RESCUE, a 501(c)(3) corporation, and POTCAKE RESCUE, LLC,

Plaintiffs,

v.

8:24-CV-1909

DEPARTMENT OF HEALTH AND HUMAN SERVICES, CENTERS FOR DISEASE CONTROL AND PREVENTION, and MANDY K. COHEN, in her official capacity as Director of the Centers for Disease Control and Prevention,

Defendants.

**MOTION FOR SPECIAL ADMISSION**

I, Aaron M. Katz, respectfully submit this Motion for Special Admission to appear in this matter as *pro bono* counsel for the plaintiffs. In support of this motion, I hereby state as follows:

1. I am not a member of The Florida Bar. I am a member in good standing of the Supreme Judicial Court of the Commonwealth of Massachusetts (BBO #662457).

2. I am a member in good standing of multiple bars of United States district courts, specifically the United State District Court for the District of Massachusetts and the United States District Court for the Eastern District of Michigan.

3. I have not abused the privilege of special admission by maintaining a regular law practice in Florida. During the last thirty-six months, I have not appeared in any cases in Florida state court and have appeared in only one case in the federal district courts in Florida (specifically *Humana Inc. v. Teva et al.*, No. 2:21-cv-00072-CEM-DCI (M.D. Fla.), which remains pending).

4. I am familiar with and will comply with the federal rules and this Court's local rules.

5. I am familiar with and will comply with 28 U.S.C. § 1927, which provides: "Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct."

6. I have paid the fee for special admission or will pay the fee upon special admission.

7. I already am registered with the Court's CM/ECF system per my appearance in the aforementioned *Humana Inc. v. Teva et al.* matter.

8. I affirm the oath, which states: "I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession."

9. Because the defendants are government agencies and a government official sued in her official capacity, I have not yet been able to confer with the opposing party regarding this Special Admission motion. I will, however, confer with the opposing party once I am apprised of counsel's contact information.

Respectfully submitted,

*/s/ Aaron M. Katz*
Aaron M. Katz
AARON KATZ LAW LLC
399 Boylston Street, 6th Floor
Boston, MA 02199
(617) 915-6305
akatz@aaronkatzlaw.com

Attorney for Plaintiffs

Dated: August 13, 2024

3